IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00219-RPM

DEBRA J. SCHMIEDT,

                    Plaintiff,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

                    Defendant.

_____

## ORDER OF DISMISSAL WITH LEAVE TO AMEND
_____

        This civil action was initiated by a complaint, filed January 30, 2007, asserting

jurisdiction under 28 U.S.C. § 1332 for breach of contract, bad faith breach of an

insurance contract, unjust enrichment/equitable estoppel, anticipatory breach by

repudiation and violation of the Colorado Consumer Protection Act/Unfair

Claims–Deceptive Practices Act, all based on the failure of Hartford Life & Accident

Insurance Company to pay Long-Term Disability Policy Benefits to her.  The defendant

filed a motion to dismiss based on ERISA preemption.  Both in the complaint and in

response to the motion to dismiss, the plaintiff alleges that she was employed by the

United States Postal Service and a member of the National Rural Letter Carriers'

Association which is the policy holder of the group insurance policy with which she was

a participant beneficiary.  The plaintiff contends that this plan constitutes a

"governmental plan" and therefore excluded from ERISA.  The plan is an "employee

organization" plan within the definition of 29 U.S.C. § 1002(4) and not a governmental

plan defined in 29 U.S.C. § 1002(32).  Because the claims pleaded in the complaint are preempted by ERISA, it is

ORDERED that the motion to dismiss the complaint is granted and the plaintiff shall have to and including June 19, 2007, within which to file an amended complaint claiming ERISA benefits.

DATED: May 30th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge