**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 August 22, 2007
Courtroom Deputy:     J. Chris Smith
ECR Technician:       Kathy Terasaki

_____

Civil Action No. 07-cv-00219-RPM

DEBRA J. SCHMIEDT,                                  Mari C. Bush
                                                    Bruce Kaye
     Plaintiff,

v.

HARTFORD LIFE & ACCIDENTAL INSURANCE COMPANY,       Catherine Crane

     Defendant.
_____

**COURTROOM MINUTES**
_____

**9:58 a.m.      Court in session.**

Court and counsel agree case will proceed under ERISA.

Counsel agree that defendant will produce the claims file by September 7, 2007.

**ORDERED:    Hartford's Motion to Dismiss Plaintiff's Breach of Fiduciary Duty Claim Pursuant to Fed. R. Civ. P. 12(b)(6), filed July 10, 2007 [22], is granted.**

**ORDERED:    Plaintiff's brief filed by November 1, 2007, response filed by November 30, 2007 and reply filed by December 14, 2007.
Counsel shall submit a paper copy of the administrative record directly to chambers.**

**10:13 a.m.     Court in recess.**

Hearing concluded.  Total time: 15 min.