IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00219-RPM-MEH

DEBRA J. SCHMIEDT,

        Plaintiff,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

        Defendant.

_____

ORDER GRANTING MOTION TO STAY AND ASSIGN TO MAGISTRATE JUDGE
_____

        Pursuant to the Stipulated Motion to Stay Proceedings Pursuant to Local Rule 16.6 and for Assignment to a Magistrate Judge for Settlement Conference [29] filed on October 26, 2007, it is

        ORDERED that the proceedings before this Court are stayed pursuant to D.C.COLO.LCivR 16.6 and it is

        FURTHER ORDERED that this civil action is referred to United States Magistrate Judge Michael E. Hegarty for the purpose of convening a settlement conference and such other procedures as the Magistrate Judge may deem appropriate for facilitating settlement of this case.

        DATED: October 29th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge