# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00219-RPM-MEH

Debra J. Schmiedt,

    Plaintiff,

vs.

Hartford Life & Accident Insurance Company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation for Dismissal, and being fully advised in the matter, hereby ORDERS that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated this 28th day of January, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Unites States District Judge

07-cv-00219-RPM-MEH_OrdDism.wpd